**Mark Ulysses KNIGHTNOR,
Plaintiff–Appellant,**

v.

**Mr. BARTOS, Shift Supervisor; Mr. Davis, Senior Officer; CCA, corporation providing services, Defendants–Appellees.**

No. 03–6685.

United States Court of Appeals,
Fourth Circuit.

Submitted July 24, 2003.

Decided July 31, 2003.

Mark Ulysses Knightnor, Appellant Pro Se.

Before MICHAEL and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Mark Ulysses Knightnor appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Knightnor v. Bartos,* No. CA–03–260–2 (E.D.Va. Apr. 21, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*